25234900
 

 
 NUMBER 13-14-00026-CV
 
 COURT OF APPEALS
 
 THIRTEENTH DISTRICT OF TEXAS
 
 CORPUS CHRISTI - EDINBURG
 
 
 IN RE THOMAS GARCIA AND STEPHANIE JEFFERSON
 AND ALL OCCUPANTS
 

 On Petition for Writ of Mandamus.

 ORDER
 
 Before Chief Justice Valdez and Justices Benavides and Longoria
 Order Per Curiam
 
Relators, Thomas Garcia and Stephanie Jefferson and all occupants, filed a petition for writ of mandamus in the above cause on January 15, 2014, contending that the trial court abused its discretion in striking relator's supplemental answer and affidavit raising the issue of the court's jurisdiction as untimely filed. The Court requests that the real party, Green Tree Servicing LLC, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. See Tex. R. App. P. 52.2, 52.4, 52.8. 
IT IS SO ORDERED. 

 PER CURIAM

Delivered and filed the
16th day of January, 2014.